UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET L. HANSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:06-cv-1660-RSM-JPD<br><br>ORDER FOR REMAND |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will evaluate Plaintiff's diagnosed impairments of irritable bowel syndrome, gastroesophageal reflux disease, insomnia, migraine headaches, and sinusitis; the ALJ will clarify Plaintiff's complaints and evaluate whether they are supported by objectively-determined medical diagnoses and if so evaluate their severity; the ALJ will evaluate all of Plaintiff's mental impairments pursuant to 20 C.F.R. § 416.920a; the ALJ will further evaluate the opinion evidence, including the opinions of Jeffrey C. Steger, Ph.D.

Page 1    ORDER- [2:06-cv-1660-RSM-JPD]

(Tr. 233-238), and Kerry T. Barlett, Ph.D. (Tr. 316-321, 473-479), and Ben Kuhner, M.D. (Tr. 406-419, 420-423); the ALJ will consider the opinion from Carolyn E. Koehnline, M.A. (Tr. 232); the ALJ will further evaluate Plaintiff's residual functional capacity; and if warranted, the ALJ will obtain evidence from a vocational expert.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this _22_ day of _May_ 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 18th day of May, 2007.

/s/  JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:    206-615-2531
daphne.banay@ssa.gov

Page 2      ORDER- [2:06-cv-1660-RSM-JPD]