UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JANET HANSEN, | ) | Case No. C06-1660-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR ATTORNEY'S |
| MICHAEL J. ASTRUE, Commissioner, | ) | FEES, EXPENSES AND COSTS |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 22, 2007, this Court ordered that the Commissioner's decision in this case be reversed and remanded for further administrative proceedings. Dkt. No. 24. The present matter comes before the Court on plaintiff's motion for attorney's fees, costs, and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Dkt. No. 25. Defendant has filed a response which indicates he does not oppose the motion. Dkt. No. 27. After careful consideration of the motion, supporting materials, governing law and the balance of the record, the Court ORDERS as follows:

(1) The plaintiff's motion for attorney's fees, expenses, and costs (Dkt. No. 25) is GRANTED. Pursuant to 28 U.S.C. §§ 1920 and 2412(d), plaintiff's attorney, Steven M.

Robey, is awarded an attorney's fee in the amount of $5,554.66, expenses in the amount of $41.38, and costs taxable under 28 U.S.C. § 1920 in the amount of $66.15.

(2) The Clerk is directed to send copies of this order to the parties and to the Honorable James P. Donohue, United States Magistrate Judge.

DATED this 11th day of October, 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for entry
this 11th day of October, 2007.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES, EXPENSES AND COSTS
PAGE - 2